IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| PAULA SMALLWOOD, | ) | Civil Action No. 4:20-cv-03767-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), ECF No. 30, advising of their agreement to stipulate to an award of Ten Thousand, Seven Hundred Dollars and 00/100 Cents ($10,700.00) in attorney fees to Plaintiff. Plaintiff has also provided a Petition for EAJA Fees, ECF No. 29, in which counsel provided itemization of the fees sought.

The parties have stipulated that Plaintiff, Paula Smallwood, should be awarded attorney fees under the EAJA in the amount of Ten Thousand, Seven Hundred Dollars and 00/100 Cents ($10,700.00). These attorney fees will be paid directly to Plaintiff, Paula Smallwood, and sent to the business address of Plaintiff's counsel, Timothy A. Clardy, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of Ten Thousand, Seven Hundred Dollars and 00/100 Cents ($10,700.00) in attorney fees pursuant to the EAJA is granted in accordance with this Order.

IT IS SO ORDERED.

          s/ Bruce Howe Hendricks
Honorable Bruce Howe Hendricks
United States District Judge

December 3, 2021
Charleston, South Carolina